CAROL C. JOHNSON *v.* ZONING BOARD OF APPEALS
OF THE TOWN OF BRANFORD ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 2 Conn. App. 24, is denied.

*Carol C. Johnson,* pro se, in support of the petition.

*Frank J. Dumark,* in opposition.

*John W. Colleran,* in opposition.

Decided September 26, 1984

ALICE LAZOFF *v.* JOSEPH W. PADGETT ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 2 Conn. App. 246, is denied.

*Robert A. Fuller,* in support of the petition.

*Philip H. Bartels,* in opposition.

Decided September 26, 1984

SORTEBERG CONTROLS CORPORATION *v.*
MAGDA U. FIELD

The plaintiff's petition for certification for appeal from the Appellate Court, 2 Conn. App. 413, is denied.

*James L. Gartland,* in support of the petition.

*Reuben S. Midler,* in opposition.

Decided September 26, 1984

STATE OF CONNECTICUT *v.* PATRICK MANLUCCIA

The defendant's petition for certification for appeal from the Appellate Court, 2 Conn. App. 333, is denied.

*Margaret Hayman,* assistant public defender, in support of the petition.

*Carl Schuman,* assistant state's attorney, in opposition.

Decided September 26, 1984